<u>10:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>WEDNESDAY, SEPTEMBER 14, 2022</u>

<u>Coram</u>: KRAUSE, BIBAS and RENDELL, Circuit Judges

<u>No. 21-3317</u>

JOHAN MANUEL GONZALEZ AQUINO,
Petitioner

v.

ATTORNEY GENERAL
UNITED STATES OF AMERICA

| <u>Counsel for Petitioner</u> | <u>Counsel for Respondent</u> |
|---|---|
| STEPHANIE E. NORTON | ROBERT K. LUNDBERG |
| (15 minutes per Court) | (15 minutes per Court) |

___

<u>No. 21-2798</u>

XIAOXING XI; et al.
Appellants

v.

FBI SPECIAL AGENT ANDREW HAUGEN; et al.

| <u>Counsel for Appellants</u> | <u>Counsel for Appellees</u> |
|---|---|
| DAVID RUDOVSKY | LEIF E. OVERVOLD |
| (15 minutes per Court) | (15 minutes per Court) |