## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

_____

No. 21-2798

_____

XIAOXING XI;
JOYCE XI;
QI LI,
Appellants

v.

FBI SPECIAL AGENT ANDREW HAUGEN;
JOHN DOES; UNITED STATES OF AMERICA;
DIRECTOR OF FEDERAL BUREAU OF INVESTIGATION;
ATTORNEY GENERAL UNITED STATES OF AMERICA;
DIRECTOR NATIONAL SECURITY AGENCY
AND CHIEF OF THE CENTRAL SECURITY SERVICE

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No. 2-17-cv-02132)
District Judge: Hon. R. Barclay Surrick

_____

Argued September 14, 2022

_____

BEFORE: KRAUSE, BIBAS, and RENDELL, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be considered on the record on appeal from the United States District Court for the Eastern District of Pennsylvania and was argued on September 14, 2022.

On consideration whereof, it is hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court is AFFIRMED IN PART, REVERSED IN PART,

AND REMANDED FOR FURTHER PROCEEDINGS.  All of the above in accordance with the opinion of this Court.  Costs shall not be taxed.

ATTEST:

s/Patricia S. Dodszuweit

Dated: May 24, 2023                Clerk