OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 24, 2023

Beth S. Brinkmann, Esq.
Covington & Burling
850 10th Street NW
One City Center
Washington, DC 20001

Jonathan H. Feinberg, Esq.
Kairys Rudovsky Messing Feinberg & Lin
718 Arch Street
Suite 501 South
Philadelphia, PA 19106

Ashley M. Gorski, Esq.
American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004

Jonathan Hafetz, Esq.
One Newark Center
Newark, NJ 07102

Susan M. Lin, Esq.
Kairys Rudovsky Messing Feinberg & Lin
718 Arch Street
Suite 501 South
Philadelphia, PA 19106

Lawrence S. Lustberg, Esq.
Gibbons
One Gateway Center
Newark, NJ 07102

Robert McNamara, Esq.
Institute for Justice
901 N Glebe Road

Suite 900
Arlington, VA 22203

Leif E. Overvold, Esq.
United States Department of Justice
Appellate Section
950 Pennsylvania Avenue NW
Washington, DC 20530

David Rudovsky, Esq.
Kairys Rudovsky Messing Feinberg & Lin
718 Arch Street
Suite 501 South
Philadelphia, PA 19106

Sharon Swingle, Esq.
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530

Patrick Toomey, Esq.
American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004


RE: Xiaoxing Xi, et al v. Andrew Haugen, et al
Case Number: 21-2798
District Court Case Number: 2-17-cv-02132

ENTRY OF JUDGMENT

Today, **May 24, 2023** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

<u>Form Limits</u>:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

<u>Attachments</u>:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. Pursuant to Fed. R. App. P. 35(b)(3), if separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to the form limits as set forth in Fed. R. App. P. 35(b)(2). If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,

Patricia S. Dodszuweit, Clerk


 By: Stephanie
Case Manager
Direct Dial 267-299-4926